UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOKIO MARINE AMERICA INSURNCE COMPANY as subrogee of ROCKEFELLER GROUP INVESTMENT MANAGEMENT CORP., <br> c/o Allen H. Orenberg, Esquire <br> The Orenberg Law Firm, P.C. <br> 11200 Rockville Pike, Suite 405 <br> North Bethesda, MD 20852, <br><br> Plaintiff, <br><br> v. <br><br> THE SEVERN GROUP, INC. <br> Serve: Asmar Schor, Registered Agent <br> 5335 Wisconsin Avenue, N.W., Suite 400 <br> Washington, D.C. 20015 <br><br> and <br><br> JAMES G. DAVIS CONSTRUCTION CO. <br> Serve: CT Corporation, Registered Agent <br> 1015 15th Street, N.W., Suite 1000 <br> Washington, D.C. 20005 <br><br> Defendants. | * <br> * Civil Case No.: <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Defendant, James G. Davis Construction Corporation, by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Federal Rule of Civil Procedure

81(c), hereby files this Notice of Removal from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia and in support thereof state as follows:

1. The Plaintiff initiated the present action against Defendants in the Superior Court for the District of Columbia, Civil Action No. 2016 CA 001422 B on or about February 25, 2016.

2. At all relevant times, Plaintiff Tokio Marine Insurance Company is an insurance company with its principal place of business in the State of New York and, upon information and belief, incorporated in New York.

3. The Complaint alleges that the Plaintiff, at the time of the allegations, provided property insurance to Rockefeller Group Investment Management Corp. a private investment company with its principal place of business in the District of Columbia.

4. At all relevant times, Defendant, The Severn Group, Inc., was and is a corporation organized and existing under the laws of the State of Maryland, with its principal place of business in Annapolis, Maryland.

5. At all relevant times, Defendant, James G. Davis Construction Corporation, was and is a corporation organized and existing under the laws of the Commonwealth of Virginia, with its principal place of business in Rockville, MD.

6. A copy of the Complaint filed in the Superior Court for the District of Columbia is attached hereto as **Exhibit A**.

7. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332. There is true diversity of citizenship, as no Plaintiff is a citizen of the same state as any Defendant, and the

amount in controversy exceeds $75,000, exclusive of costs and interest. See, *Exxon Mobile Corporation v. Allapattah Services*, 545 U.S. 546, 552-554 (2005); *In Re Lorazepam & Clorazepate Antitrust Litigation v. Mylan Labs, Inc.*, 631 F.3d 537, 541 (D.C. Cir. 2011); *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008).

8. The notice is timely filed under 28 U.S.C. § 1446(b), as Defendant first received Plaintiff's Complaint through service on March 10, 2016.

9. Defendant petitions for removal of this action pursuant to 28 U.S.C. § 1441, as amended, and requests a waiver of any bond required.

10. The Defendant has had an opportunity to speak with counsel for Co-Defendant, The Severn Group, Inc., which upon information and belief first received a Plaintiff's Complaint through service subsequent to March 10, 2016. Counsel for The Severn Group expressed its consent to this Removal.

11. Defendant hereby timely files and serves its responsive pleading to the Complaint contemporaneously herewith as set forth in Federal Rule of Civil Procedure 81(c)(2)(C).

12. A true and correct copy of the Notice of Filing of Notice of Removal, which has been filed in the Superior Court for the District of Columbia action contemporaneously herewith, is attached as **Exhibit B**.

    Respectfully Submitted,

    /s/Brett A. Buckwalter
    BRETT A. BUCKWALTER
      Bar No.: 478382
    /s/Alicia D. Stewart
    ALICIA D. STEWART
      Bar No.: 1003440
    NILES, BARTON & WILMER, LLP

        111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 783-6385
Fax: (410) 783-6445
babuckwalter@nilesbarton.com
adstewart@nilesbarton.com
**Attorneys for Defendant
James G. Davis Construction Corp.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2016, a copy of Defendant James G. Davis Construction Corporation's Notice of Removal to the United States District Court for the District of Columbia was served by electronic service, to the following counsel of record:

>Allen H. Orenberg, Esquire
>The Orenberg Law Firm, P.C.
>11200 Rockville Pike, Suite 405
>North Bethesda, MD 20852
>**Attorneys for Plaintiff**

And by regular mail to:

>The Severn Group, Inc.
>ATTN: Asmar Schor, Resident Agent
>5335 Wisconsin Avenue, N.W.
>Suite 400
>Washington, D.C. 20015

/s/ Brett A. Buckwalter
BRETT A. BUCKWALTER

4812-0487-9663, v. 1