**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOKIO MARINE AMERICAN INS. CO: | |
| As subrogee of Rockefeller Group | |
| Investment Management Corp.      : | |
|       Plaintiff      : | |
|     v.      : | Case No.: 16-0593 (RC) |
| THE SEVERN GROUP, INC. ET AL      : | |
|       Defendants      : | |

### DEFENDANT, JAMES G. DAVIS CONSTRUCTION CORPORATION'S CROSS CLAIM AGAINST DEFENDANT, THE SEVERN GROUP, INC.

COMES NOW the Defendant/Cross-Plaintiff, James G. Davis Construction Corporation, by and through its attorneys, Wilson Forte LLP and Andre M. Forte, and files this Cross-Claim against the Co-Defendant/Cross-Defendant, The Severn Group, Inc., and states as follows:

1. That the Plaintiff has filed a Complaint asserting that it sustained damages as a proximate result of issues involving a water expansion tank due to the negligence, breach of contract, breach of express and implied warranties of Co-Defendant/Cross Defendant, The Severn Group, Inc., and Defendant/Cross-Plaintiff James G. Davis Construction Corporation. Plaintiff alleges that the negligent design, installation, and/or manufacture of the subject water expansion tank caused the tank to explode resulting in its alleged damages;

2. That Defendant/Cross-Plaintiff, James G. Davis Construction Corporation, denies all acts of alleged negligence, and otherwise disputes the Plaintiff's claims for damages;

3.   That Defendant/Cross-Plaintiff, James G. Davis Construction Corporation, at this time contends that the sole, direct, and proximate cause of this incident was the action and/or failure to act on the part of the Plaintiff/Plaintiff's insured, and/or the Co-Defendant/Cross-Defendant The Severn Group;

4.   That pursuant to the contract entered into on or about June 7, 2011, the Co-Defendant/Cross-Defendant, The Severn Group, is obligated to indemnify and save harmless the James G Davis Construction Corporation from any and all claims and liabilities for property and personal injury arising out of or resulting from or in connection with the execution of the work, whether or not caused in part by the active or passive negligence or other fault of a party indemnified in the contract;

5.   That pursuant to the prime contract entered into by Defendant/Cross-Plaintiff, James G. Davis and Mathematica Policy Research, Inc., "[t]he Subcontractor is bound to James G. Davis Construction Corporation in the same way James G. Davis Construction Corporation is bound to the Owner and shall bear all rights and responsibilities with respect to James G. Davis Construction Corporation as James G. Davis Construction Corporation has with respect to the Owner, except that this Subcontract shall govern any inconsistent provision of the Prime Contract."

## COUNT 1 – CONTRACTUAL INDEMNITY

6.   Defendant/Cross-Plaintiff James G. Davis Construction Corporation hereby incorporates paragraphs 1 through 5 as set forth fully herein;

7.   Pursuant to the terms of the contract between Defendant/Cross-Plaintiff James G. Davis Construction Corporation and Defendant/Cross-Defendant The Severn Group, the Cross-Plaintiff is entitled to be fully indemnified by the Cross-Defendant for all fees and

costs relating to the defense of the claims being brought by the Plaintiff in its Complaint and for any amounts paid or obligated to be paid to the Plaintiff pursuant to a judgment or a settlement.

## **COUNT 2 – CONTRIBUTION/TORT INDEMNITY**

8. Defendant/Cross-Plaintiff James G. Davis Construction Corporation hereby incorporates paragraphs 1 through 7 as set forth fully herein;

9. That if it is determined that Defendant/Cross-Plaintiff James G. Davis Construction Corporation is liable to the Plaintiff, said liability being specifically denied, then the Defendant/Cross-Plaintiff, James G. Davis Construction Corporation, contends that it is entitled to be indemnified by Cross Defendant the Severn Group because, to the extent that any Defendant could be adjudged liable to the Plaintiff, said liability would arise solely from the purported tortious acts and/or omissions of Cross-Defendant, and Cross-Defendant's acts and/or omissions would be the independent, active, primary, superseding, or intervening causes of the Plaintiff's injuries or damages, and any alleged tortious acts or omissions of James G. Davis Construction Corporation, which acts or omissions are expressly denied, were passive and secondary only;

10. Alternatively, if Defendant/Cross-Plaintiff James G. Davis Construction Corporation is adjudged to be liable to the Plaintiff for damages as alleged in the Complaint, which liability is expressly denied, then Cross-Defendant The Severn Group is jointly and severally liable for such damages, and James G. Davis Construction Corporation is entitled to an award of contribution from Co-Defendant/Cross-Defendant, The Severn Group, Inc., for a contributive share of any sum which may be adjudged due and owing;

11.     Defendant/Cross-Plaintiff incorporates by reference as if raised in its entirety the Answer to the Complaint.

WHEREFORE, the Defendant/Cross-Plaintiff, James G. Davis Construction Corporation, prays for an award of:

(a) indemnification against the Co-Defendant/Cross-Defendant, The Severn Group, Inc., for all attorneys' fees and costs incurred in this action and for any amounts paid or obligated to be paid to the Plaintiff pursuant to a judgment or a settlement;

(b) in the alternative, for an award of contribution against the Co-Defendant/Cross-Defendant, The Severn Group, Inc., for a contributive share of any sum which may be adjudged due and owing;

(c) attorneys' fees and costs incurred related to this Cross-Claim; and

(d) any further and additional relief as is deemed just and necessary.


Respectfully submitted,


/s/André M. Forté
André M. Forté, 013473
Wilson Forté, LLP
34 West Franklin Street
Hagerstown, Maryland 21740
(301) 791-6924
aforte@wfortelaw.com
*Attorneys for Defendant James G. Davis*


/s/ Brett A. Buckwalter
Brett A. Buckwalter, Esq.
Niles, Barton & Wilmer LLP
111 South Calvert Street, Suite 1400
Baltimore, MD  21202
  *Attorneys for Defendant James G. Davis*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 14th day of June, 2016, a copy of the foregoing Cross-Claim was electronically served upon:

Allen H. Orenberg, Esq.
The Orenberg Law Firm, PC
11200 Rockville Pike, Suite 405
North Bethesda, MD  20852
*Attorney for Plaintiff*

Nicholas Andrews, Esq.
McCarthy Wilson LLP
2200 Research Blvd., Suite 500
Rockville, MD  20850
*Attorney for the Severn Group*

Brett A. Buckwalter, Esq.
Niles, Barton & Wilmer LLP
111 South Calvert Street, Suite 1400
Baltimore, MD  21202
*Attorney for James G. Davis*

/s/André M. Forté
André M. Forté