## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOKIO MARINE AMERICA INSURANCE COMPANY, As Subrogee Of Rockefeller Group Investment Management Corp. | : : : : : |
| Plaintiff | : : |
| v. | : Civil Case No. 16-CV-00593-RC : |
| THE SEVERN GROUP, INC., et al. | : : |
| Defendants | : |

### STIPULATION OF DISMISSAL

TO THE CLERK OF THE COURT:

Please mark the above-captioned case as **"SETTLED AND DISMISSED WITH PREJUDICE**" as to all claims against all parties.

Respectfully submitted,

*//s//Michael Marx*
Michael R. Marx (*Admitted Pro Hac Vice*)
Denenberg Tuffley PLLC
One Northwestern Plaza
28411 Northwestern Hwy, Suite 600
Southfield, MI 48034
Telephone: (248) 549 -3900
Facsimile: (248) 593-5808
MMarx@dt-law.com
*Counsel for Plaintiff*

*//s//Nicholas Andrews*
Nicholas Andrews, Bar No. 491816
McCARTHY WILSON LLP
2200 Research Blvd., Ste. 500
Rockville, MD  20850
Telephone: (301) 762-7770
Facsimile: (301) 926-7444
andrewsn@mcwilson.com
*Counsel for Defendant The Severn Group, Inc.*


*//s// Andre Michael Forte*
Andre Michael Forte, Bar No. 013473
Wilson Forte LLP
34 W. Franklin Street
Hagerstown, MD 21740
Telephone: (301) 791-6924
aforte@wfortelaw.com
*Counsel for Defendant*
*James G. Davis Construction Co.*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June, 2018, a copy of the foregoing **Stipulation of Dismissal** was electronically filed and served upon:

Michael R. Marx, Esq.
Denenberg Tuffley
One Northwestern Plaza
28411 Northwestern Hwy, Suite 600
Southfield, MI 48034
*Counsel for Plaintiff*

Andre Michael Forte, Esq.
Wilson Forte LLP
34 W. Franklin Street
Hagerstown, MD 21740
*Counsel for Defendant*
*James G. Davis Construction Co.*

*//s//Nicholas Andrews*
Nicholas Andrews